[Criminal No. 197.]

JAMES M. GOULD, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. F. M. Doan, Judge.

No appearances.

March 30, 1905.

THE COURT.—In the absence of any brief for appellant or assignment of errors we have examined the record in this case, and, finding no error therein, affirm the judgment of the court below.